CAUSE NO. 02-14-00062-CR

IN THE STATE OF TEXAS

Vs.

Robert Ramirez

IN THE CRIMINAL

DISTRICT COURT OF 4

TARRANT County, Texas

DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PRO-SE BRIEF OR RESPONSE TO ANDERS BRIEF.

RECEIVED IN
JUN 19 2015
Abel Acosta, Clerk

TO THE HONORABLE JUDGE OF THE COURT OF APPEALS.

COMES NOW Robert Ramirez APPELLANT PRO-SE LAYMAN AT LAW and respectfully Moves the court to Extend the deadline for filing his brief or response by thirty days. IN Support APPELLANT would show the following:

On Feb 12, 2012, the Jury (or Judge) found APPELLANT guilty of Agg/Bodily injury the Jury (or Judge) assessed punishment At 25 years imprisement in the Texas Department of Criminal Justice.

On June, 15, APPELLANT received notice by mail that his appeal attorney filed an Anders brief on his behalf and notice that APPELLANT had the right to file a PRO-SE brief or response to the Anders brief.

FILED IN
COURT OF CRIMINAL APPEALS
JUN 19 2015
Abel Acosta, Clerk

On May 22, the appellate record was first made available to APPELLANT. The deadline for filing APPELLANT's brief or response is June 20

This is APPELLANT's first request for extension. APPELLANT is unable to Meet the deadline For the following reason: [List reason why you need more time; ie limited access to law library to a few hours a day, limited legal knowledge thereby slowing down your research, Etc].

For the reason stated above, APPELLANT respectfully request an additional thirty days to complete the PRO-SE brief or response in Support of APPELLANTS Appeal.

APPELLANT prays that the Court grant this motion and Extend the time to File APPELLANTS PRO-SE brief or response by thirty days, Extending the deadline to 30 days.

Respectfully Submitted PRO se
ROBERT Ramirez

DEAR MR. Jeffrey D. Kyle          Wensday 17, 2015

I'm sending you a motion for Appellents brief Sir my attorney inform me to send it right away because of its late arrival Sir so I'm sending you this short note to let you know that I'm asking the Court for a 30 day extension on my P.D.R briefes Sir and thank you for your time your assistance in this matter is very greatfully appreciated Thank you Again

Sincerly MR. R. Brown
And God Blesses us all

P.s please Turn over

## VERIFICATION OF UNSWORN DECLARATION

I, ROBERT RAMirez DEFENDANT PRO-SE Layman of Law in this Cause State the following under Penalty of Perjury: I AM a Prisoner # 1911664 Currently incarcerated in the Powledge unit in the Anderson County, Texas. I am duly qualified and authorized in all respects to make this declaration. I have read the forgoing Defendants motion for Extension of Time To file Apellant Pro-se Response Brief or/ Anders Brief and declare that I have Knowledge of the facts contained therein and said facts are true and correct.

EXECUTED IN TARRANT County, Texas, Pursuant to Art. 132.001 et. seq Texas C.P.R.c and 28 U.S.C.A. § 1746 ON this 17 day of June 2015.

Respectfully Submitted
Robert Ramirez
Defendant PRO-SE
TDC# 1911664 DOB: 7/24/68
Powledge Unit
1400 F.M. 3452
Palestine, Texas 75803
L/Q: Ce-04

## CERTIFICATE OF SERVICE

I, ROBERT RAMirez hereby certify that a true and correct copy of Mail Via First-Class mail to Joe SHannon Jr District ATTORNey at 401 W. Belknap. Forth worth, Texas 76196 ON this 17 day of June 2015.

Respectfully Submitted
ROBERT RAMirez
Defendant-PRO-SE
TDC# 1911664 DOB: 7/24/68
Powledge Unit
1400 F.M. 3452
Palestine, Texas 75803
L/Q: Ce-04

CAUSE NO _____

# ORDER
## (GRANTING OR DENYING MOTION AFTER HEARING)

Be it remmeber that on this day _____ of _____ of 20 _____ Come on to be Considered the foregoing Motion of the Defendant And after a plenary hearing the Court having Considered the Motion it is therefore ordered that the aforesaid Motion is hereby (GRANTED OR DENIED) DONE AND ENTERED On this _____ day of _____ of 20 _____.

_____
HONORABLE JUDGE PRESIDING

_____


Respectfully Submitted

_____
DEFENDANT Pro. Se
TDC# _____ DOB: / / /
JOHN MIDDLETON UNIT
13055 f.m. 3522
Abilene, Texas 79601
L/Q: